**95–1907. State v. Ballew.**

Hamilton App. No. C–920576. Upon consideration of the motion for stay of execution of death sentence pending the timely filing and final disposition of a petition for a writ of certiorari in the United States Supreme Court and disposition of petition for post-conviction relief, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Hamilton County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and hereby are, stayed pending the timely filing of the petition in the Supreme Court of the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

IT IS FURTHER ORDERED by the court that this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court upon a final disposition by the Supreme Court of the United States or when all proceedings for post-conviction relief before courts of this state have been exhausted, whichever occurs later.

**96–2029. State v. White.**

Ashland C.P. No. 96CRI07366. This cause is pending before the court as an appeal from the Court of Common Pleas of Ashland County. Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that a stay of execution be, and hereby is, granted, pending further order of this court.

# DISCIPLINARY DOCKET

**95–2126. Disciplinary Counsel v. Marshall.**

IT IS ORDERED by this court, *sua sponte,* that David Steele Marshall, Attorney Registration No. 0031544, last known address in Mentor, Ohio, is found in contempt for failure to comply with this court's order of February 28, 1996, to wit, failure to file an affidavit of compliance on or before March 29, 1996.

**95–2181. Disciplinary Counsel v. Sprague.**

IT IS ORDERED by this court, *sua sponte,* that Ross F. Sprague, a.k.a. Ross Frederick Sprague, Attorney Registration No. 0016622, last known business address in Rocky River, Ohio, is found in contempt for failure to comply with this court's order of February 28, 1996, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before March 29, 1996.

**95–2412. Disciplinary Counsel v. Fritsche.**

IT IS ORDERED by this court, *sua sponte,* that William J. Fritsche, a.k.a. William John Fritsche III, Attorney Registration No. 0031589, last known address in Aurora, Colorado, is found in contempt for failure to comply with this court's order of March 27, 1996, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before April 26, 1996.

**95–2534. Butler Cty. Bar Assn. v. Schoettler.**

IT IS ORDERED by this court, *sua sponte,* that Susan Schoettler, a.k.a. Susan Beth Schoettler, Attorney Registration No. 0037627, last known address in Fairfield, Ohio, is found in contempt for failure to comply with this court's order of February 28, 1996, to wit, failure to surrender her Certificate of Admission and failure to file an affidavit of compliance on or before March 29, 1996.